**2006–0995. Marshall v. Peterson.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1005. State ex rel. Griffin v. Pence.**
In Mandamus. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1019. Lipford v. Corrigan.**
In Prohibition. On amended verified complaint, answer of respondent Eddie Lewis, and motion to dismiss of Judge John E. Corrigan and Cuyahoga County Probate Court. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1026. State ex rel. Reed v. Court of Appeals, Seventh Appellate Dist.**
In Procedendo. On complaint in procedendo. On S.Ct.Prac.R. X(5) determination, cause dismissed.
RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR and LANZINGER, JJ., concur.
MOYER, C.J., and O'DONNELL, J., dissent and would grant an alternative writ.

**2006–1034. State ex rel. Martin v. Quilter.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1042. Grundstein v. Greene.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1059. Martin v. Eberlin.**
In Habeas Corpus. On petition for writ of habeas corpus and motion for judgment on the pleadings of Tramaine E. Martin. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1077. Ice v. State.**
In Habeas Corpus. On petition for writ of habeas corpus of Clarence L. Ice III. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1079. Dye v. Wolfe.**
In Habeas Corpus. On petition for writ of habeas corpus of Gordon W. Dye. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1169. Dewey v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of David Dewey. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.